**Nupa Agarwal**
**Attorney at Law**
**Bar Number 42545**
**PO Box 17275**
**Richmond, VA 23226**
**(804) 691-2655**
**(804) 308-8001 Fax**
**Counsel for Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Karen S. Nicholson           Case No. 12-34064
                                    Chapter 13
                                    Trustee: Robert E. Hyman

### NOTICE OF MOTION AND MOTION FOR AUTHORITY TO INCUR DEBT

The above named Debtor has filed a Motion for Authority to Incur Debt Secured by Personal Property in this bankruptcy case.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.

Under Local Bankrupty Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within twenty (21) days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you want to be heard on this matter, on or before twenty (21) days from the date of service of the attached Motion, you or your attorney must:

1. File with the court, at the address below a written response pursuant to Local Bankruptcy Rules 9013-1(H). Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the motion.  If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

   Clerk of Court
   United States Bankruptcy Court
   701 E. Broad Street, Rm. 4000
   Richmond, VA 23219

2. You must also mail a copy to:
   Nupa Agarwal
   Attorney at Law
   PO Box 17275
   Richmond, VA 23226

If you or your attorney do not take these steps, the court may decide that you not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated:  July 23, 2014                           Nupa Agarwal, Attorney at Law
                                                Counsel for Debtor
                                                /s/ Nupa Agarwal

**CERTIFICATE**

I hereby certify that on July 23, 2014, I mailed the Motion to Incur Debt for a Car, Notice of Motion to Incur Debt by mail, postage pre-paid to: the Debtor Karen S. Nicholson, 3901 Dunraven Road, Richmond, VA 23236; the U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, the Chapter 13 Trustee and all creditors and parties of interest herein.

                        /s/ Nupa Agarwal, Esq.
                        Nupa Agarwal

**Nupa Agarwal**
**Attorney at Law**
**Bar Number 42545**
**PO Box 17275**
**Richmond, VA 23226**
**(804) 691-2655**
**(804) 308-8001 Fax**
**Counsel for Debtor**

**Nupa Agarwal**
**Attorney at Law**
**Bar Number 42545**
**PO Box 17275**
**Richmond, VA 23226**
**(804) 691-2655**
**(804) 308-8001 Fax**
**Counsel for Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Karen S. Nicholson                           Case No. 12-34064
                                                     Chapter 13
                                                     Trustee: Robert E. Hyman

## MOTION TO INCUR DEBT

COMES NOW, Debtor Karen S. Nicholson, by counsel and respectfully makes Motion for Authority to Incur Debt in order to purchase a vehicle. In support thereof, Debtor states the following:

1. On or about July 9, 2012, the Debtor filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code pursuant to the provisions of 11 U.S.C. Section 362.

2. The Chapter 13 plan has been confirmed. Per Robert Hymans Access 13 Debtor is Current on her Chapter 13 Payments.

3. Debtor wishes to purchase a new or used vehicle. The Debtor has obtained an offer from a proposed lender for a loan to be secured by a lien on the vehicle. The terms of the proposed loan are as follows:

    a. The price of the vehicle is not to exceed $35,000.00
    b. A fixed interest rate which is not to exceed 12.99%
    c. The term of the loan is not to exceed 72 months
    d. The payments will not be greater than $700.00
       per month.

4. The purchase of the vehicle is necessary because the Debtor needs another car for the family. The debtor's children are now driving and they are in need of another safe vehicle to get everybody in the family where they need to be.

5. HEREFORE the Debtor requests an Order permitting the Debtor to purchase a vehicle as set forth herein, and for such other and further relief to which Debtor may show herself entitled.

            Respectfully submitted:

           By: /s/ Karen S. Nicholson

**CERTIFICATE**

  I hereby certify that on July 23, 2014, I mailed the Motion to Incur Debt for a Car, Notice of Motion to Incur Debt by mail, postage pre-paid to: the Debtor Karen S. Nicholson, 3901 Dunraven Road, Richmond, VA 23236; the U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, the Chapter 13 Trustee and all creditors and parties of interest herein.

           /s/ Nupa Agarwal, Esq.
           Nupa Agarwal

**Nupa Agarwal**
**Attorney at Law**
**Bar Number 42545**
**PO Box 17275**
**Richmond, VA 23226**
**(804) 691-2655**
**(804) 308-8001 Fax**
**Counsel for Debtor**

| | | |
|---|---|---|
| Acs/Absolute Collection Service<br>421 Fayetteville St Ste 600<br>Raleigh, NC 27601 | Ballato Law Firm, P.C.<br>3721 Westerre Parkway, Suite A<br>Henrico, VA 23233 | Bristol Home Mortgage Lending<br>7251 W. Palmetto Park Road<br>Suite 301<br>Boca Raton, FL 33433 |
| Cashnet USA<br>200 W. Jackson Blvd<br>Ste 1400<br>Chicago, IL 60606 | Chesterfield County Gen Dist.<br>9500 Courthouse Road<br>P.O. Box 144<br>Chesterfield, VA 23832 | Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Focused Recovery Solut<br>9701 Metropolitan Ct Ste<br>North Chesterfield, VA 23236 | Glasser and Glasser<br>PO Box 3400<br>Norfolk, VA 23514 |
| Hilco Receivables/Equable Ascent Financi<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089 | Midland Funding<br>8875 Aero Dr<br>San Diego, CA 92123 | New City Funding Corp<br>146 S Liberty Dr Ste B3<br>Stony Point, NY 10980 |
| Nina J. Cox<br>3721 Westerre Parkway<br>Suite A<br>Henrico, VA 23233 | Portfolio Rc<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | Rubenstein Cogan and Revesman<br>12 South Summit Avenue<br>Suite 250<br>Gaithersburg, MD 20877 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | Vericrest<br>Po Box 24610<br>Oklahoma City, OK 73124 |